IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01423-BNB
(The above civil action number must appear on all future papers
 sent to the court in this action.  Failure to include this number
 may result in a delay in the consideration of your claims.)

MOOROONIA AMERICAN NATION,
    [al-Ahzab] [Al-Saffat],

    Petitioner,

v.

THE PEOPLE OF THE STATE OF COLORADO,
JEFFERSON COUNTY, and
UNITED STATES OF AMERICA,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN -6 2011

GREGORY C. LANGHAM
CLERK

---

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCY

Petitioner has submitted a document titled "Proclamation of Status Rights and Jurisdiction" and a Writ of Habeas Corpus.  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order.  Petitioner will be directed to cure the following if he wishes to pursue his claims.  Any papers which the Petitioner files in response to this order must include the civil action number on this order.  Because Petitioner does not indicate whether he is challenging the validity of his conviction, in which case he should file his claims on a Court-approved form used in filing a 28 U.S.C. § 2254 action, or he is challenging the execution of his sentence, in which case he should file his claims on a Court-approved form used in filing a 28 U.S.C. § 2241 action, the Clerk of the Court

will be instructed to provide Petitioner with both forms.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) _X_ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) _X_ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing an original signature by the prisoner
(7) ___ is not on proper form (must use the court's current form)
(8) ___ names in caption do not match names in caption of complaint, petition or habeas application
(9) ___ An original and a copy have not been received by the court. Only an original has been received.
(10) _X_ other: Motion is necessary only if $5.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:
(11) ___ is not submitted
(12) _X_ is not on proper form (must use the court's current form)
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ An original and a copy have not been received by the court. Only an original has been received.
(17) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___ names in caption do not match names in text
(19) _X_ other: The only proper Respondent in a habeas corpus action is Applicant's current warden, superintendent, jailer or other custodian.

Accordingly, it is

ORDERED that the Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Petitioner files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Petitioner, together with a copy of this order, two copies of the following forms: Prisoner's Motion and

2

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that, if Petitioner is challenging the validity of his conviction, he should file his claims on a Court-approved form used in filing a 28 U.S.C. § 2254 action. If he is challenging the execution of his sentence, he should file his claims on a Court-approved form used in filing a 28 U.S.C. § 2241 action. Petitioner specifically is directed to complete and return whichever form is appropriate for his asserted claims, but not to complete and return both forms. It is

FURTHER ORDERED that, if the Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED June 6, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  11-cv-01423-BNB

Sheik Al Rasheed [al-Ahzab] [al-Saffat]
   Mooroonia American Nation
Jefferson County Detention Facility
PO Box 16700
Golden, CO 80402


      I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 forms** to the above-named individuals on June 6, 2011.


GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk