FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 13 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01423-BNB

MOOROONIA AMERICAN NATION AL-AHZAB AL-SAFFAT,

    Applicant,

v.

THE PEOPLE OF THE STATE OF COLORADO,
JEFFERSON COUNTY, and
UNITED STATES OF AMERICA,

    Respondents.

## ORDER OF DISMISSAL

Applicant, Mooroonia American Nation Al-Ahzab Al-Saffat, is a prisoner who is currently incarcerated at the Jefferson County Detention Facility in Golden, Colorado. He initiated this action by filing a "Proclamation of Status Rights and Jurisdiction" and a "Writ of Habeas Corpus" with the Court on May 31, 2011.

In an order filed on June 6, 2011, Magistrate Judge Boyd N. Boland ordered Mr. Al-Saffat to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Al-Saffat was directed to submit an Application for a Writ of Habeas Corpus on the Court-approved form. Because it was not clear whether Mr. Al-Saffat was challenging the validity of his conviction pursuant to 28 U.S.C. § 2254, or the execution of his sentence pursuant to 28 U.S.C. § 2241, the Clerk of the Court was instructed to provide Mr. Al-Saffat with forms for both of these actions. Mr. Al-Saffat was also directed to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C.

§ 1915 and a current, certified copy of his prisoner's trust fund statement. He was informed that the § 1915 motion and affidavit was only necessary if the $5.00 filing fee was not paid in advance. The June 6 order warned Mr. Al-Saffat that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

On June 29, 2011, Mr. Al-Saffat filed several documents with the Court, including a "Writ of Habeas Corpus", a "Writ of Reparative" and a "Writ of Reparative Injunction". Mr. Al-Saffat, however, has failed to file an Application for a Writ of Habeas Corpus on the Court-approved form and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, as directed by the June 6 Order. Therefore, Mr. Al-Saffat has failed within the time allowed to cure the designated deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Applicant, Mooronia American Nation Al-Ahzab Al-Saffat, to comply with the order to cure dated June 6, 2011. It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __13th__ day of ____July____, 2011.

BY THE COURT:

____s/Lewis T. Babcock____
LEWIS T. BABCOCK
Senior Judge, United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01423-BNB

Muhammad Abdullah
Prisoner No. P01059061
Jefferson County Detention Center
PO Box 16700
Golden, CO 80402

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on July 13, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk